Travelers Property Casualty
A Member of Travelers Group

# MANUFACTURERS PAC

## METAL PRODUCTS

**A Custom Insurance Policy Prepared for:**

R G P DENTAL, INC.
22 BURNSIDE STREET

BRISTOL RI 02809

Presented by: J ANDRADE INS AGCY INC

(1)

[redacted]

One Tower Square, Hartford, Connecticut 06183

TravelersPropertyCasualty
A Member of TravelersGroup

**RENEWAL CERTIFICATE**

**COMMON POLICY DECLARATIONS**
MANUFACTURERS PAC
**BUSINESS:** MANUFACTURER

**POLICY NO.:** I-680-766Y0017-COF-02
**ISSUE DATE:** 04-03-02

1. **NAMED INSURED AND MAILING ADDRESS:**

R G P DENTAL, INC.
22 BURNSIDE STREET

BRISTOL RI 02809

2. **POLICY PERIOD:** From 05-01-02 to 05-01-03 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 01 | 01 | MANUFACTURER | 22 BURNSIDE STREET<br>BRISTOL RI 02809 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | COF |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorsements for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:** SUBJECT TO AUDIT

| | | |
|---|---|---|
| Provisional Premium | $ | 6,497.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

J ANDRADE INS AGCY INC 01994
559 HOPE ST
BRISTOL RI 02809

COUNTERSIGNED BY:

Authorized Representative

DATE:

(2)

One Tower Square, Hartford, Connecticut 06183

TravelersPropertyCasualty
A Member of TravelersGroup

**COMMON POLICY DECLARATIONS**
MANUFACTURERS PAC

POLICY NO.: I-680-766Y0017-COF-02
ISSUE DATE: 04-03-02

## SCHEDULE OF DECLARATIONS, FORMS AND ENDORSEMENTS

This schedule shows the numbers of declarations, forms and endorsements which form your complete policy.

| | | |
|---|---|---|
| * | IL T0 25 08 01 | RENEWAL CERTIFICATE |
| | IL T3 15 12 94 | COMMON POLICY CONDITIONS |
| | IL T3 53 04 98 | EXCLUSION-CERTAIN COMPUTER-RELATED LOSSES |
| | IL 00 21 04 98 | NUCLEAR ENERGY LIABILITY EXCL |
| * | IL 01 28 07 01 | RI CHANGES-PREJUDGEMENT INTEREST |
| | IL 01 97 04 98 | RI CHANGES |
| * | IL 02 73 01 02 | RI CHANGES - CANCELLATION/NONRENEWAL |
| * | MP T0 01 09 98 | BUSINESSOWNERS COV PART DEC |
| | MP T1 02 01 00 | BUSINESSOWNERS PROPERTY COV-SPECIAL FORM |
| * | MP T1 59 01 00 | AMENDATORY PROVISIONS-MANUFACTURERS |
| | MP T1 60 01 00 | MANUFACTURERS/WHOLESALERS SELLING PRICE |
| | MP T1 69 08 96 | SMALL COMPUTER ENDORSEMENT |
| * | MP T3 07 03 97 | PROTECTIVE SAFEGUARDS-SPRINK&RESTRNT |
| * | CP 12 18 06 95 | LOSS PAYABLE PROVISIONS |
| | CG D0 37 01 99 | OTHER INSURANCE-ADDL INSDS |
| | CG D1 05 04 94 | BLANKET ADDL INSD-OWNERS/LESSEES/CONTR |
| | CG D1 42 01 99 | EXCL-DISCRIMINATION |
| | CG D1 92 08 97 | AMEND POLLUTION EXCL-BLDG HEAT EQUIP EXCPT |
| | CG D1 94 11 97 | CHANGES-CMRL GENERAL LIABILITY COV FORM |
| * | CG D2 34 02 01 | WEB XTEND - LIABILITY |
| * | CG T0 07 03 96 | DEC PREMIUM SCHEDULE |
| * | CG T0 34 10 93 | TABLE OF CONTENTS |
| | CG T3 23 09 96 | EXCL-AIRCRAFT PRODUCTS & GROUNDING |
| | CG T3 33 12 88 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |
| | CG T4 78 02 90 | EXCL-ASBESTOS |
| | CG 00 01 10 93 | CMRL GENERAL LIABILITY COV FORM |
| | CG 00 57 09 99 | AMEND INSURING AGREEMENT-KNOWN INJURY |
| * | CG 20 28 11 85 | ADDL INSD-LESSOR OF LEASED EQUIPMENT |
| | CG 21 47 10 93 | EMPLOYMENT-RELATED PRACTICES EXCL |
| | CG 21 61 04 98 | EXCL-Y2K COMPUTER RELATED-OTHER ELECT/PROBLEMS |
| * | CG T8 01 05 02 | MANUSCRIPT ENDORSEMENT |

(3)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND—LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION – III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

      (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

      (3) "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

   but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions.**

   This insurance does not apply to:

   a. "Personal injury", "advertising injury" or "web site injury":

      (1) Arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (2) Arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period;

      (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

      (4) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

   b. Any loss, cost or expense arising out of any:

      (1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

      (2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, pollutants.

 Copyright, The Travelers Indemnity Company, 2001 

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

c. "Personal injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement; or

(2) That the insured would have in the absence of the contract or agreement.

d. "Advertising injury" arising out of:

(1) Breach of contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services;

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting; or

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

e. "Web site injury":

(1) arising out of:

(a) Breach of contract;

(b) The failure of goods, products or services to conform with advertised quality or performance;

(c) The wrong description of the price of goods, products or services;

(d) Dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others;

(e) An offense committed by any insured whose business is providing access to intellectual property of others via "your web site".

(f) The hosting of an electronic chatroom or bulletin board.

(2) expected or intended by any insured.

**SECTION II – WHO IS AN INSURED**

The introductory sentence of paragraph 2. a. (1) Section II – Who Is An Insured is deleted and replaced by the following:

2. a. (1) "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph 4. c., is deleted and replaced by the following:

4. c. Coverage B does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

**SECTION III – LIMITS OF INSURANCE**

**SECTION III – Limits Of Insurance, paragraph 4**, is deleted and replaced by the following:

4. Subject to 2. above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

**SECTION V – DEFINITIONS**

**ADVERTISING INJURY**

The definition of **"Advertising injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

1. "Advertising injury" means injury, arising out of one or more of the following offenses:

a. Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral, written or electronic publication of material that violates a person's right of privacy;

c. Infringement of copyright, title or slogan.

**COVERAGE TERRITORY**

The definition of **"Coverage Territory", (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;



Copyright, The Travelers Indemnity Company, 2001

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above;

(b) The activities of a person whose home is in the territory described in a. above, but who is away for a short time on your business; or

(c) "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

**INSURED CONTRACT**

Subparagraph f. of the definition of **"Insured Contract"** (SECTION V – DEFINITIONS) is deleted and replaced by the following:

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**PERSONAL INJURY**

The definition of **"Personal injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral, written or electronic publication of material that violates a person's right of privacy.

**SUIT**

The definition of **"Suit" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

**WEB SITE INJURY**

**"Web site injury"**, means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

a. Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral, written or electronic publication of material that violates a person's right of privacy;

c. Oral, written or electronic publication of material that violates a person's right of publicity; or

d. Infringement of copyright, title or slogan.

**YOUR WEB SITE**

**"Your web site"** means all computer files and data which may be accessed via the Internet using a Universal Resource Locator that includes any domain name owned by or assigned to you.

 Copyright, The Travelers Indemnity Company, 2001