One Tower Square, Hartford, Connecticut 06183

TravelersPropertyCasualty

RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
MANUFACTURERS PAC
**BUSINESS:** MANUFACTURER

**POLICY NO.:** I-680-766Y0017-COF-02
**ISSUE DATE:** 04-03-02

1. **NAMED INSURED AND MAILING ADDRESS:**

R G P DENTAL, INC.
22 BURNSIDE STREET

BRISTOL RI 02809

2. **POLICY PERIOD:** From 05-01-02 to 05-01-03 12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 01 | 01 | MANUFACTURER | 22 BURNSIDE STREET BRISTOL RI 02809 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | COF |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorsements for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:** SUBJECT TO AUDIT

| | | |
|---|---|---|
| Provisional Premium | $ | 6,497.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

J ANDRADE INS AGCY INC 01994
559 HOPE ST
BRISTOL RI 02809

COUNTERSIGNED BY:

Authorized Representative

DATE:

IL T0 25 08 01 (Page 1 of 02)
Office: BOSTON SOUTH MA DOWN

010536