TRB:ems 04-227 6/17/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RGP DENTAL, INC.

VS. C.A. No. 04-445 ML

CHARTER OAK FIRE INSURANCE COMPANY

FILED JUN 17 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**ASSENTED TO MOTION FOR EXTENSIONS OF TIME RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, RGP Dental, Inc., and Defendant, Charter Oak Fire Insurance Company, jointly move this Court for extensions of time within which to file their respective objections to the cross-motions for summary judgment.

The parties agree that, with the permission of the Court, Defendant Charter Oak Fire Insurance Company may file its objection on or before July 5, 2005.

The parties agree that, with the permission of the Court, Plaintiff RGP Dental, Inc. may file its objection on or before July 20, 2005.

Charter Oak Fire Insurance Company
By its Attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

James A. Ruggieri, Esq. (#2828)
123 Dyer Street
Providence, RI 02903
401-272-3500 – telephone
401-273-8780 – fax

RGP Dental, Inc.
By its Attorneys,

HANSON CURRAN LLP

Thomas R. Bender, Esq. (#2799)
146 Westminster Street
Providence, RI 02903
401-421-2154 - telephone
401-521-7040 – fax

**PROOF OF SERVICE**

I hereby certify that on this 17 day of June, 2005, I mailed a true and accurate copy of the within document to **James A. Ruggieri, Esq.**, Higgins, Cavanagh & Cooney, LLP, The Hay Building, 123 Dyer Street, Providence, RI 02903-3987 and **Laura A. Brady, Esq., Frederick P. Marczyk, Esq.**, Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, NJ 07932-1047.

Thomas R. Bender

of Hanson Curran LLP