**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RGP DENTAL, INC., | : | |
| Plaintiff, | : | Civil Action No.: 04-CV-445 ML |
| v. | : | |
| CHARTER OAK FIRE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**DEFENDANT'S, CHARTER OAK FIRE INSURANCE CO., OBJECTION TO PLAINTIFF'S, RGP DENTAL, INC., MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure Defendant, Charter Oak Fire Insurance, Co., ("Charter Oak") hereby objects to Plaintiff's RGP Dental, Inc., motion for partial summary judgment. Charter Oak relies on the attached memorandum of law. Charter Oak also includes, pursuant to Rule 12.1 of the local rules of the United States District Court for the District of Rhode a statement of genuine issues.

Defendant,
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY LLP

Dated: July 1, 2005

By: ______________________

James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
(401) 272-3500 (Tel.)
(401) 273-8780 (Fax)

Of Counsel:

William T. Corbett, Jr. (admitted *pro hac vice*)
Frederick P. Marczyk (admitted *pro hac vice*)
DRINKER BIDDLE &REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047

**CERTIFICATION**

I hereby certify that a copy of the within was hand-delivered to David P. Whitman, Esq., Hanson Curran LLP, 146 Westminister Street, Providence, RI 02903, on this 1st day of July, 2005.

______________________