TRB:ems 04-227 6/17/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RGP DENTAL, INC.

VS. C.A. No. 04-445 ML

CHARTER OAK FIRE INSURANCE
COMPANY

**ASSENTED TO MOTION FOR EXTENSIONS
OF TIME RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, RGP Dental, Inc., and Defendant, Charter Oak Fire Insurance Company, jointly move this Court for extensions of time within which to file the following memoranda of law concerning the cross-motions for summary judgment.

The parties agree that, with the permission of the Court, Plaintiff RGP Dental, Inc. may files its memo replying to Charter Oak's objection to RGP's motion for summary judgment and objecting to Charter Oak's cross-motion for summary judgment on or before August 20, 2005.

The parties agree that, with the permission of the Court, Defendant Charter Oak Fire Insurance Company may file its reply to RGP's objection to the cross-motion for summary judgment 30 days after receipt of RGP's memorandum of law.

Charter Oak Fire Insurance Company
By its Attorneys,

HIGGINS, CAVANAGH & COONEY, LLP

James A. Ruggieri, Esq. (#2828)
123 Dyer Street
Providence, RI 02903
401-272-3500 – telephone
401-273-8780 – fax

RGP Dental, Inc.
By its Attorneys,

HANSON CURRAN LLP

Thomas R. Bender, Esq. (#2799)
146 Westminster Street
Providence, RI 02903
401-421-2154 - telephone
401-521-7040 – fax

FILED

**PROOF OF SERVICE**

I hereby certify that on this 19 day of July, 2005, I mailed a true and accurate copy of the within document to **James A. Ruggieri, Esq.**, Higgins, Cavanagh & Cooney, LLP, The Hay Building, 123 Dyer Street, Providence, RI 02903-3987 and **Laura A. Brady, Esq., Frederick P. Marczyk, Esq.**, Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, NJ 07932-1047.

Thomas R. Bender

of Hanson Curran LLP