UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RGP DENTAL, INC. | : | |
| | : | |
| VS. | : | C.A. NO. 04-445 ML |
| | : | |
| CHARTER OAK FIRE INSURANCE COMPANY | : | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**
**RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, RGP Dental, Inc., and Defendant, Charter Oak Fire Insurance Company, jointly move this Court for an extension of time within which to file the following memorandum of law concerning cross-motions for summary judgment.

The parties agree that, with the permission of the Court, Defendant Charter Oak Fire Insurance Company may file its reply to RGP's objection to the cross-motion for summary judgment on or before September 23, 2005.

Charter Oak Fire Insurance Company
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (fax)

RGP Dental, Inc.
By Its Attorneys,

HANSON CURRAN LLP

Thomas R. Bender #2799
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 521-7040 (fax)

**CERTIFICATION**

I hereby certify that on this 15th day of September, a copy of the within was hand delivered to:

Thomas R. Bender, Esq.
Hanson Curran LLP
146 Westminister Street
Providence, RI 02903