FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RGP DENTAL, INC. | : | |
| | : | |
| VS. | : | C.A. NO. 04-445 ML |
| | : | |
| CHARTER OAK FIRE INSURANCE COMPANY | : | |
| | : | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF FIVE PAGES**

Now comes the defendant, Charter Oak Fire Insurance Company ("Charter Oak") seeking leave to file a memorandum in reply to Plaintiff, RGP Dental, Inc. ("RGP"), memorandum in opposition to Defendant's motion for summary judgment in excess of five (5) pages. Charter Oak requests this Court allow it to file a memorandum in reply of not more than fifteen (15) pages. Charter Oak represents that RGP has consented to this motion.

Charter Oak relies on the attached memorandum in support of this motion.

Charter Oak Fire Insurance Company
By Its Attorneys,
HIGGINS, CAVANAGH & COONEY

James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Granted.
Mary M. Lisi
USDJ 9/16/05

**CERTIFICATION**

I hereby certify that on this 15th day of September, a copy of the within was hand delivered to:

Thomas R. Bender, Esq.
Hanson Curran LLP
146 Westminister Street
Providence, RI 02903

Jan Audino ______________________