# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**RGP DENTAL, INC.**

**v.** **C.A. 04-445ML**

**CHARTER OAK FIRE**
**INSURANCE COMPANY**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, Charter Oak Fire Insurance Company, against the plaintiff, RGP Dental , Inc., pursuant to the Memorandum and Order of this date GRANTING the defendants' Motion for Summary Judgment and DENYING the plaintiff's Motion for Summary Judgment.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: November 8, 2005**